**Lou Ann Millette, a Minor, by Patrick Millette, Her Father and Next Friend, Plaintiff-Respondent, v. Donald Adcock, Defendant-Petitioner.**

Gen. No. 67–45. (Abstract of Decision.)

Second District.

September 25, 1968.

Rehearing denied November 4, 1968.

Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.